# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

        **Plaintiff,**

-vs-                                            **Case No. 6:10-cv-1090-Orl-22DAB**

**7-11,INC.; CITY OF ORLANDO a/k/a
Orlando Police Department; and JOHN
DOE 1-5,**

_____

## ORDER

This cause comes before the Court on Plaintiff Scott R. Zabriskie's ("Plaintiff") Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 2), filed on July 22, 2010. The United States Magistrate Judge submitted a Report and Recommendation ("R&R"), which recommended that Plaintiff's Motion be denied. (Doc. No. 4.) Plaintiff filed a Response to the R&R on August 12, 2010. (Doc. No. 7.) Plaintiff filed a Supplemental Response to the R&R on August 13, 2010. (Doc. No. 8.)[1]

After an independent and *de novo* review of the record in this matter, including the submission of the Plaintiff (Doc. Nos. 7&8), the Court agrees entirely with the findings of fact and conclusions of law made by the Magistrate Judge in the R&R, holding that the Complaint is "frivolous" within the meaning of 28 U.S.C. § 1915(e)(2) and merely an attempt to rehash prior actions. *See Zabriskie v. City of Kissimmee Police Dept., et. al.*, Case No. 6:10-cv-70-Orl-PCF-

---

[1] The Court construes Plaintiff's Responses (Doc. Nos. 7&8) as objections to the R&R.

KRS, Doc. No. 1 (M.D. Fla. Jan. 12, 2010); *Zabriskie v. Bob Hansell, also known as Sheriff of Osceola County, et. al.*, Case No. 6:10-cv-384-Orl-JA-DAB, Doc. No. 1 (M.D. Fla. Mar. 12, 2010); *Zabriskie v. Hess, Inc., Bob Hansell, also known as Sheriff of Osceola County, et. al.*, Case No. 6:10-cv-622-Orl-GKS-GJK, Doc. No. 1 (M.D. Fla. April 26, 2010).  Further, the present lawsuit is so clearly unmeritorious that granting Plaintiff leave to amend would be futile.

On July 26, 2010, the Court received an email from Plaintiff in the undersigned Judge's chamber's email account.  To his email, Plaintiff attaches what appears to be a copy of the instant complaint as well as a letter to a "Judge Kirkwood."  Plaintiff is advised that the Court does not accept email requests for relief.  If Plaintiff desires to seek relief from the Court, he must file a motion with the Clerk's Office in accordance with normal procedures.

Therefore, it is ORDERED as follows:

1. The Report and Recommendation filed on July 27, 2010 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff Scott R. Zabriskie's Objections to the Report and Recommendation (Doc. No. 7&8), filed on August 12 and 13, 2010, are **OVERRULED**.

3. Plaintiff Scott R. Zabriskie's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 2), filed on July 22, 2010, is **DENIED**.

4. The case is dismissed.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 18, 2010.

Copies furnished to:

Counsel of Record
Scott R. Zabriskie, pro se
Magistrate Judge

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge