# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

**Plaintiff,**

**-vs-**                                        **Case No.  6:10-cv-1090-Orl-22DAB**

**7-11,INC.; CITY OF ORLANDO a/k/a**
**Orlando Police Department; and JOHN**
**DOE 1-5,**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 13)** |
| **FILED:** | **September 17, 2010** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff seeks to appeal as a pauper the District Court's Order denying Plaintiff's application

to proceed in forma pauperis and closing the case (Doc. Nos. 12, 9, and 4).  Pursuant to 28 U.S.C.

§ 1915(a)(3), an appeal may not be taken in forma pauperis if the court certifies in writing that it is

not taken in good faith. *Id.* A petitioner demonstrates good faith when he seeks appellate review of

any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438 (1962); *see also Farley*

*v. United States*, 354 U.S. 521 (1957) (absent some evident improper motive, the applicant establishes

good faith by presenting any issue that is not plainly frivolous); *Hayes v. United States*, 258 F.2d 400 (5th Cir. 1958).  Applied here, the Court has previously found the Complaint to be frivolous in that it was a "rehash" of prior actions filed by this Plaintiff, contained allegations too vague to meet the pleading standard, and did not set forth a cognizable cause of action within the Court's limited jurisdiction (Doc. Nos. 4, 9).  The District Court also determined that "the present lawsuit is so clearly unmeritorious that granting Plaintiff leave to amend would be futile." (Doc. No. 9).  Plaintiff presents nothing in his Notice of Appeal to alter that determination.  As such, Plaintiffs' current position, to the extent it can be ascertained, is without arguable merit and is therefore frivolous.

It is therefore respectfully recommended that the Court certify that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 22, 2010.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy