# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT R. ZABRISKIE,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:10-cv-1090-Orl-22DAB**

**7-11, INC.; CITY OF ORLANDO a/k/a Orlando Police Department; and JOHN DOES 1-5,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion for Leave to Appeal In Forma Pauperis (Doc. No. 13) filed on September 17, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 22, 2010 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Court certifies that the appeal is not taken in good faith. The Motion for Leave to Appeal In Forma Pauperis (Doc. No. 13) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 7, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Scott R. Zabriskie, *pro se*
Clerk, Eleventh Circuit Court of Appeals (USCA case no. 10-14414C)